**BOSTWICK & JASSY LLP**
GARY L. BOSTWICK, Cal. Bar No. 79000
  gbostwick@bostwickjassy.com
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@bostwickjassy.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone:  310-979-6059
Facsimile:  310-314-8401

**CENTER FOR CONSTITUTIONAL RIGHTS**
Maria C. LaHood
  mlahood@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone:  (212) 614-6430
Facsimile:  (212) 614-6499

Attorneys for Defendant FEDERATION INTERNATIONAL DES DROITS DE L'HOMME

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORDECHAI Y. ORIAN, et al.<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERATION INTERNATIONAL DES DROITS DE L'HOMME, corporate form unknown, EURO-MEDITERRANEAN HUMAN RIGHTS NETWORK, corporate form unknown, SIDIKI KABA, an individual, ABDELAZIZ BENNANI, an individual, and KAV LAOVED, an Israeli Corporation, form unknown,<br><br>　　　　　　Defendants. | Case No. 11-cv-06904-PSG (FFMx)<br><br>**DECLARATION OF MARIA C. LAHOOD AND EXHIBITS B AND C IN SUPPORT OF DEFENDANT FEDERATION INTERNATIONAL DES DROITS DE L'HOMME'S MOTION TO FIX ATTORNEYS' FEES AND COSTS PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16 (c)**<br><br>Date:　　　March 26, 2012<br>Time:　　　1:30 p.m.<br>Judge:　　　Hon. Philip S. Gutierrez |

## DECLARATION OF MARIA C. LAHOOD

I, Maria C. LaHood, hereby declare and state as follows:

1. I am a Senior Staff Attorney at the Center for Constitutional Rights ("CCR") in New York, New York, and I am co-counsel representing Defendant International Federation for Human Rights ("FIDH") in the above-captioned action. The matters stated herein are true of my own personal knowledge.

2. I was first admitted to practice law in 1995 in the State of California, and was subsequently admitted to practice in the State of Illinois and the State of New York, where I am currently an active member. I have also been admitted to the United States District Courts: Northern District of California, Southern District of New York, and Eastern District of New York; the United States Courts of Appeals for the Second Circuit, the Ninth Circuit, and the District of Columbia Circuit; as well as the United States Supreme Court. I was admitted to practice *pro hac vice* in this matter in the United States District Court for the Central District of California.

3. I have been working on International Human Rights litigation at the Center for Constitutional Rights since 2003, where I am currently a Senior Staff Attorney. Since graduating from the University of Michigan Law School in 1995, I have also practiced law at the United States Department of Housing and Urban Development in Washington, D.C. and in San Francisco, California; at the Community Legal Aid Society of Alameda County in Oakland, California, and at Price And Associates in Oakland, California. I was also a Visiting Assistant Clinical Professor at the MacArthur Justice Center, Northwestern University School of Law, in the 2007 fall Semester. I was named by Public Justice as one of the finalists for the 2010 Trial Lawyer of the Year, an award given for the greatest contribution to the public interest within the past year by trying or settling a precedent-setting or socially significant case.

4. FIDH and CCR have a longstanding relationship, and I have had a relationship with FIDH since I began at CCR. CCR agreed to represent FIDH in this

matter pro bono, with the understanding that if the court were to order plaintiffs to pay attorneys' fees and costs, the award of fees would be paid to Counsel (CCR and co-counsel Bostwick & Jassy LLP) after reimbursement to FIDH for any expenses.

5. My hourly rate on this matter is $425 per hour. Based on my experience in this area, my knowledge of other attorneys practicing in the civil and human rights litigation arenas and my understanding of billing rates in the Los Angeles area, I believe that the rate $425 per hour is below or equal to the standard hourly rates for attorneys in Los Angeles of a comparable level of skill and experience. In other litigation matters of similar complexity, CCR attorneys' billing rates have been significantly higher. For example, in a recent matter in New York, a CCR attorney with experience and expertise commensurate to mine has a rate of $550 per hour.

6. Attached as Exhibit B is a true and correct copy of time records reflecting the time I spent on tasks connected with FIDH's special motion to strike, including, but not limited to, drafting and revising portions of the motion and conducting research and factual investigations regarding Plaintiffs' claims so that FIDH could evaluate and develop defenses to those claims, as reflected in the anti-SLAPP papers. I kept my time records contemporaneously, and have reviewed each of the entries in Exhibit B and those entries accurately reflect my time. The entries exclude CCR fees not being sought by FIDH in its motion to recover fees and costs, such as conferring with other CCR counsel regarding the case, securing co-counsel, and legal and factual research regarding service or other work not related to the Anti-SLAPP motion (6.8 hours), work on my *pro hac vice* application (.7 hours), revising and finalizing the retainer and co-counsel agreements (.6 hours), and doing communications and educational work around the case (6.9 hours). For entries designating work on FIDH's Anti-SLAPP Motion as well as FIDH's Motion to Dismiss, which were filed concurrently, FIDH is only seeking recovery for half of the time designated. I have designated these entries with an asterisk, showing the original time and the time as adjusted by half. The entries in Exhibit B also exclude

attorney-client privileged and/or work product material, in the interest of judicial efficiency and to avoid the waiver of any privileges or doctrines, all of which are expressly reserved.

7. As reflected in Exhibit B, CCR provided legal services worth $14,875.00 in connection with FIDH's anti-SLAPP motion through January 5, 2011. This figure does not include fees for legal services that CCR may provide in the future if Plaintiffs file an Opposition to FIDH's Motion for Attorneys' Fees and Costs and CCR is required to research and prepare a Reply brief in support of its Motion. If that occurs, FIDH will detail those fees in a supplemental declaration filed with FIDH's Reply brief.

8. Attached as Exhibit C is an invoice for the $275 fee for my Pro Hac Vice application to the United States District Court for the Central District of California, the only cost for which CCR is seeking recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of January, 2012.

                                              /s/   Maria C. LaHood
                                              Maria C. LaHood