1   MARC M. SELTZER (54534)
    mseltzer@susmangodfrey.com
2   SUSMAN GODFREY L.L.P.
    1901 Avenue of the Stars, Suite 950
3   Los Angeles, CA  90067-6029
    Telephone:  (310) 789-3100
4   Fax:  (310) 789-3150

5   HOWARD I. LANGER
    hlanger@langergrogan.com
6   PETER LECKMAN (235721)
    LANGER GROGAN & DIVER, P.C.
7   1717 Arch Street, Suite 4130
    Philadelphia, PA  19103
8   Telephone:  (215) 320-5660
    Fax:  (215) 320-5703
9
    Attorneys for Defendant
10  Kav LaOved

11                  UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13                        WESTERN DIVISION

14

15
    MORDECHAI Y. ORIAN, an              Case No. CV 11-6904 PSG (FFMx)
16  individual, and GLOBAL HORIZONS,
    INC.,
17
                        Plaintiffs,
18
              vs.                        DECLARATION OF HOWARD I.
19                                       LANGER IN SUPPORT OF
    FEDÉRATION INTERNATIONAL            DEFENDANT KAV LAOVED'S
20  DES DROITS DE L'HOMME, corporate    MOTION TO FIX ATTORNEYS'
    form unknown, EURO-                  FEES AND COSTS
21  MEDITERRANEAN HUMAN RIGHTS
    NETWORK, corporate form unknown,    Date:   March 26, 2012
22  SIDIKI KABA, an individual,          Time:   1:30 p.m.
    ABDELAZIZ BENNANI, an individual,    Place:  Courtroom of the
23  and KAV LAOVED, an Israeli                   Hon. Philip S. Gutierrez
    Corporation, form unknown,
24
25
26                      Defendants.

27

28  2130485v1/012826

I, Howard I. Langer, hereby declare:

I am a partner at the law firm of Langer Grogan & Diver, P.C., located in Philadelphia, Pennsylvania, and one of the attorneys for defendant Kav LaOved in this matter.  I have personal, first-hand knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto.

1.     Langer, Grogan & Diver, P.C. took the lead in drafting all of the principal papers on behalf of Defendant Kav LaOved in this action.  I was principally assisted by another attorney at the firm, Peter E. Leckman, and by Marc M. Seltzer of Susman Godfrey L.L.P.

2.     A summary of the work of the attorneys representing Kav LaOved in this action is set forth in Kav LaOved's Memorandum In Support of Its Motion to Fix Attorneys' Fees.  That summary is a true and accurate account of the work performed and is incorporated herein.

3.     The biographies of the attorneys at Langer, Grogan & Diver, P.C. that worked on this case are set out on the firm's website, www.langergrogan.com and are attached hereto as Exhibit A. Those biographies are accurate and are incorporated herein as though set forth in full.  In addition to being the senior partner of Langer, Grogan & Diver, P.C., I am Adjunct Professor of Law at the Law School of the University of Pennsylvania where I lecture on Antitrust Law.

4.     Langer, Grogan & Diver, P.C. is ranked by Chambers and Partners Guide among the leading law firms in Philadelphia in its primary field, antitrust law.  Chambers and Partners Guide is recognized as a prestigious guide ranking law firms based on extensive research.   Complex antitrust law is among the most specialized fields of litigation practice.

5.     Langer, Grogan & Diver, P.C. keeps contemporaneous record of its time, which is maintained on the firm's computer system.  Upon request, these records will be provided to the Court.

2

6.    The hourly rates forming the lodestar in this action reflect actual hourly rates charged by the firm to its hourly clients and paid by those clients.  The firm has several large hourly clients for whom it performed work during the period this case was proceeding.  In setting the firm's hourly rates I must take into account the hourly rates prevailing in the Philadelphia area of firms performing similar litigation, and I know that the hourly rates of the firm are somewhat lower than those of other firms doing comparable litigation.  In *In re Rite Aid Securities Litigation*, 396 F.3d 294, 306 (3d Cir. 2005), the Third Circuit noted that Judge Dalzell had found the prevailing rate for senior litigation counsel in Philadelphia to be $605 per hour in *2003*.   These attorneys were of comparable or lesser experience.   Other reported decisions show hourly rates substantially above my firm's rates even in the period before this case was brought.

7.    In 2011, my hourly rate was $625.  The hourly rate of Peter Leckman, a Senior Associate, was $400.

8.    The firm devoted over 130 hours to the motion to strike and related papers.  It devoted additional time (for example, drafting and serving a Rule 11 motion), which is not subject to this fee petition.  The total lodestar associated with the motion to strike and fee petition is $65,865.  In addition, I anticipate that the firm will need to spend at least another six hours preparing a reply memorandum to this fee petition.  Taking that estimated time into account, the total lodestar for Langer Grogan & Diver will be $68,265.00.

9.    I have been lead counsel in several major complex litigations, including *Faloney v. Wachovia Bank* and *In re Linerboard Antitrust Litigation* in the Eastern District of Pennsylvania.  In these roles I have had to manage the litigation and oversee the work of counsel.  In both of these cases, the courts recognized the high quality of the work performed by my firm and approved their hourly rates in awarding fees.  In *In re Linerboard Antitrust Litig.*, MDL 1261, 2004 WL 1221350 (E.D. Pa. June 2, 2004) amended, MDL NO. 1261, 2004 WL

1240775 (E.D. Pa. June 4, 2004) the Court stated in its fee award decision: "The Court has repeatedly stated that the lawyering in the case at every stage was superb, and does so again."   At the conclusion of *Faloney v. Wachovia Bank* the court stated: "I acknowledge class counsel's tireless efforts, their dogged pursuit of fairness and justness in this case, their exemplary legal skill, and their scrupulous ethics throughout this proceeding."  Hearing, January 22, 2009 at 81.

10.   I believe that the present case was litigated efficiently with little redundancy of effort.  The case involved complex constitutional and defamation issues and required defendant's counsel to research the plaintiffs' extensive history of abuse, much of which was not publicly available.  The attorneys did not incur unnecessary time in researching these issues and responding to the Plaintiffs' complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of January, 2012, at Philadelphia, Pennsylvania.


　　　　　　/s/ Howard I. Langer
　　　　　　Howard I. Langer

2130485v1/012826

# Exhibit A

Langer, Grogan & Diver P.C.                                                    http://www.langergrogan.com/

# Langer, Grogan & Diver P.C.

Antitrust, Complex Commercial and
Consumer Litigation and Law in the Public Interest

HOME | ATTORNEYS | CASES | CLIENTS | IN THE NEWS | LINKS |



PUTTING THE SCREWS ON HIM

Langer, Grogan & Diver P.C.
1717 Arch Street
Suite 4130
Philadelphia, PA 19103
Phone: 215-320-5660
Fax: 215-320-5703



# Welcome

Langer, Grogan & Diver P.C. specializes in highly-complex commercial
litigation. Its practice is national, primarily in the federal courts. The firm
has expertise in antitrust law, especially the intersection of intellectual
property and antitrust, class actions, consumer law, and general
commercial litigation. The firm is also committed to law in the public
interest. It was honored by Community Legal Services of Philadelphia with
the Equal Justice Award for 2006. The firm is frequently called upon by
other counsel to brief significant motions and appeals. It is the only
boutique of its size ranked by the prestigious Chambers Guide.

Last year, the firm recovered over $150 million dollars from Wachovia
Bank on behalf of primarily elderly victims of telemarketing fraud. Checks
were mailed to approximately eight hundred thousand victims in the full
amounts taken from their accounts.

The firm's lawyers obtained the largest antitrust settlement ever within the
Third Circuit, over $202 million, in a case alleging a nationwide
conspiracy to fix the prices of corrugated boxes. *In re Linerboard
Antitrust Litigation*, 305 F.3d 145 (3rd Cir. 2002).

The firm has been at the forefront of the cutting edge antitrust litigation
relating to patents and generic drugs. See *Kroger Co. v. Sanofi-Aventis,
701 F. Supp. 2d 938 (Ed. Pa. 2010)*. It obtained dismissal of antitrust
class-action claims alleging that a generic manufacturer had conspired
with a major pharmaceutical manufacturer to delay generic entry of the
drug Plavix. In *King Drug Co. of Florence Inc. v Cephalon, Inc. 702 F.
Supp 2d. 514 (Ed. Pa. 2010)*. The court sustained claims brought by the
firm on behalf of a generic manufacturer against a patent holder and the
generic manufacturers who were alleged to have conspired to keep a
generic version of the widely sold drug, Provigil, off the market.

The firm's attorneys have obtained injunctive relief on behalf of
businesses threatened by anti-competitive or other wrongful conduct. In
Beilowitz v. General Motors Corp., 233 F. Supp. 2d 631 (D.N.J. 2002) its
lawyers obtained an injunction enjoining General Motors from
implementing a new national marketing scheme.

Langer, Grogan & Diver P.C. is one of the few firms that accepts major
commercial cases on a contingent-fee basis.

All website content © 2007 Langer, Grogan & Diver P.C.
1717 Arch Street, Suite 4130 Philadelphia, PA 19103
Phone: 215-320-5660 Fax: 215-320-5703

Langer, Grogan & Diver P.C. - Attorneys: Howard Langer                    http://www.langergrogan.com/howard-langer.html

## Langer, Grogan & Diver P.C.

Antitrust, Complex Commercial and
Consumer Litigation and Law in the Public Interest

HOME | ATTORNEYS | CASES | CLIENTS | IN THE NEWS | LINKS |



DOOMSDAY FOR THE TRUSTS

HOWARD LANGER
JOHN GROGAN
EDWARD DIVER
IRV ACKELSBERG
PETER LECKMAN
GEOFFREY C. HAZARD, JR.
JUDAH LABOVITZ

Langer, Grogan & Diver P.C.
1717 Arch Street
Suite 4130
Philadelphia, PA 19103
Phone: 215-320-5660
Fax: 215-320-5703

# Howard Langer

hlanger@langergrogan.com, (215) 320-5661

Howard Langer has specialized in complex commercial litigation,
particularly antitrust law, since graduating the University of Pennsylvania
Law School in 1977. He was lead counsel in *In re Linerboard Antitrust
Litigation*, which resulted in the largest antitrust settlement ever in the
Third Circuit and was lead counsel in *Faloney v. Wachovia Bank*, which
recovered over $150 million on behalf of victims of telemarketing fraud.
Howard also teaches antitrust law at the University of Pennsylvania Law
School. In 2009, Howard was a visiting fellow at the Centre for
Competition Law and Policy at Oxford.

The prestigious Chambers & Partners USA Guide ranks Howard as one of
the four leading antitrust specialists in Philadelphia, stating "Standout
attorney Howard Langer is lauded by clients for being 'tenacious-he
doesn't give up and he never sells out." In 2007, the Guide wrote:
"'Terrific' Howard Langer, 'does a spectacular job for his client,'
acknowledge his peers. They attribute his success to his 'clear thinking,
knowledge of the law and understanding of economic theory." In *Cullen
v. Whitman Medical Corp.*, 197 F.R.D. 136, 149 (E.D. Pa 2002), the
court wrote, referring to Howard: "'you may have to .. go the extra step
and ... if there's anyone who is .. going to be able to do that, you will be
able to do it .. you go after it and you don't let it go ...'"

Representative cases, aside from *Linerboard* and *Faloney*, include *Kroger
Co. v. Sanofi-Aventis, 701 F.Supp. 2d 938 (2010), King Drug Co. of
Florence Inc. v. Cephalon, Inc. 702 F.Supp.2d 514 (E.D. Pa. 2010),
Chemi SpA v. GlaxoSmithKline*, 356 F. Supp. 2d 495 (E.D. Pa. 2005),
and *Mutual Pharmaceutical Co., Inc. v. Hoechst Marion Roussel, Inc.*
1997 WL 805261 (E.D. Pa. 1997), which broke new ground in the area of
antitrust law relating to patents in the pharmaceutical industry. *Beilowitz
v. General Motors Corp.*, 233 F. Supp. 2d 631 (D.N.J. 2002), enjoined
General Motors from imposing a new national sales program on one of its
largest distributors.

Howard is a member of the American Law Institute.

All website content © 2007 Langer, Grogan & Diver P.C.
1717 Arch Street, Suite 4130 Philadelphia, PA 19103
Phone: 215-320-5660 Fax: 215-320-5703

Peter Leckman                                                        http://www.langergrogan.com/PeterLeckman.html

## Langer, Grogan & Diver P.C.

Antitrust, Complex Commercial and
Consumer Litigation and Law in the Public Interest

HOME | ATTORNEYS | CASES | CLIENTS | IN THE NEWS | LINKS |



DOOMSDAY FOR THE TRUSTS

HOWARD LANGER
JOHN GROGAN
EDWARD DIVER
IRV ACKELSBERG
PETER LECKMAN
GEOFFREY C. HAZARD, JR.
JUDAH LABOVITZ

Langer, Grogan & Diver P.C.
1717 Arch Street
Suite 4130
Philadelphia, PA 19103
Phone: 215-320-5660
Fax: 215-320-5703

# Peter Leckman

pleckman@langergrogan.com, (215) 320-5660

Peter Leckman joined Langer, Grogan & Diver in January 2011. Peter's
work focuses on complex civil litigation, including antitrust and consumer
class actions.

Prior to joining the firm, Peter worked as an attorney at the law firms
Lieff, Cabraser, Heimann & Bernstein, LLP and Altshuler Berzon LLP in
San Francisco, California. While at Altshuler, Peter was part of a team of
lawyers that won *California Lawyer* magazine's 2009 and 2010 "California
Attorney of the Year" awards for defending voting rights during the 2008
election, and litigating fraud claims against the for-profit University of
Phoenix.

Peter graduated Order of the Coif from the University of California,
Berkeley School of Law, where he was a member of the California Law
Review and Director of the International Human Rights Student Board.
After law school, Peter served as a law clerk to Judge Diane P. Wood of
the United States Court of Appeals for the Seventh Circuit.

Peter graduated Phi Beta Kappa from Wesleyan University, where he was
chosen as a Harry S. Truman Scholar.

In addition to Pennsylvania, Peter is admitted to practice law in California
and the District of Columbia.

All website content © 2007 Langer, Grogan & Diver P.C.
1717 Arch Street, Suite 4130 Philadelphia, PA 19103
Phone: 215-320-5660 Fax: 215-320-5703