MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Fax:  (310) 789-3150

HOWARD I. LANGER
hlanger@langergrogan.com
PETER LECKMAN (235721)
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA  19103
Telephone:  (215) 320-5660
Fax:  (215) 320-5703

Attorneys for Defendant
Kav LaOved

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MORDECHAI Y. ORIAN, an individual, and GLOBAL HORIZONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDÉRATION INTERNATIONAL DES DROITS DE L'HOMME, corporate form unknown, EURO-MEDITERRANEAN HUMAN RIGHTS NETWORK, corporate form unknown, SIDIKI KABA, an individual, ABDELAZIZ BENNANI, an individual, and KAV LAOVED, an Israeli Corporation, form unknown,<br><br>Defendants. | Case No. CV 11-6904 PSG (FFMx)<br><br>**DECLARATION OF MARC M. SELTZER IN SUPPORT OF DEFENDANT KAV LAOVED'S MOTION TO FIX ATTORNEYS' FEES AND COSTS**<br><br>Date:     March 26, 2012<br>Time:    1:30 p.m.<br>Place:   Courtroom of the<br>          Hon. Philip S. Gutierrez |

2130499v1/012826

1    I, Marc M. Seltzer, hereby declare as follows:

2    1.    I am a member in good standing of the bar of this Court, an active

3    member of the State Bar of California, a partner in the law firm of Susman Godfrey

4    L.L.P., and one of the attorneys for defendant Kav LaOved in this matter.  I have

5    personal, first-hand knowledge of the matters set forth herein and, if called to testify

6    as a witness, could and would testify competently thereto.

7    2.    I have practiced law for more than thirty-nine years, litigating complex

8    cases in both state and federal courts throughout the United States.  Before joining

9    Susman Godfrey in February of 1998, when I opened the firm's Los Angeles office,

10   I practiced law for 20 years with the law firm that ultimately became known as

11   Corinblit & Seltzer, a Professional Corporation.  I have been lead counsel in several

12   major complex cases.  In these roles I have had to manage the litigation and oversee

13   the work of counsel.

14   3.    I have extensive experience in presenting and defending class action

15   litigation.    My    biography    is    set    out    on    the    firm's    website,

16   www.susmangodfrey.com, and is attached hereto as Exhibit B.

17   4.    A summary of the work of the attorneys representing Kav LaOved in

18   this action is set forth in Kav LaOved's Memorandum in Support of its Motion to

19   for an Award of Attorneys' Fees and Costs.  That summary is a true and accurate

20   account of the work performed.

21   5.    My hourly rate of $900 forming the lodestar in this action reflects the

22   actual hourly rate charged by my firm to its hourly clients and paid by those clients.

23   My firm's lodestar, based upon the total number of hours my firm has devoted to

24   this litigation relating to defendant Kav LaOved's motion to strike and related

25   motion to dismiss, is $10,710.00.

26   6.    Through December 6, 2011, Susman Godfrey L.L.P. has incurred total

27   costs and expenses of $1,338.23 related to this case.  Exhibit A is a chart

28   summarizing the costs and expenses, by category, that Susman Godfrey L.L.P. has

2130499v1/012826

incurred on this case as of December 6, 2011.  These categories of expenses are the type of expenses that my firm routinely charges to hourly fee-paying clients. Should the Court request supporting documentation for these amounts, my firm is prepared to provide it.

7.     Susman Godfrey L.L.P. keeps contemporaneous records of its time, which is maintained on the firm's computer system.  Upon request, these records will be provided to the Court.

8.     My firm devoted additional time (for example, participating in drafting an F.R.Civ.P. 11 motion), which is not subject to this motion.  The total lodestar incurred in connection with the motion to strike and related motion to dismiss is $10,710.00.  In addition, I anticipate that the firm will need to spend at least another two hours preparing a reply memorandum in support of this motion.  Taking that estimated time into account, the total lodestar for Susman Godfrey L.L.P. will be $1,800.00.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of January, 2012, at Los Angeles, California.


_____/s/ Marc M. Seltzer_____
Marc M. Seltzer

2130499v1/012826

# Exhibit A

## **EXHIBIT A**

| MORDECHAI Y. ORIAN V. FEDERATION INTERNATIONAL DES DROITS DE L'HOMME EXPENSES | |
|---|---|
| FIRM NAME: SUSMAN GODFREY L.L.P. | |
| REPORTING PERIOD:  INCEPTION THROUGH DECEMBER 6, 2011 | |
| **ITEM** | **CUMULATIVE EXPENSES** |
| Reproduction Charges | $498.60 |
| Messenger & Delivery Services | 96.04 |
| Travel Expenses | 65.00 |
| Filing Fees | 275.00 |
| In-House Postage | 7.03 |
| Research, Legal Research – Pacer | 6.56 |
| Secretarial Overtime | 390.00 |
| **TOTAL EXPENSES** | **$1,338.23** |

# Exhibit B

**SUSMAN GODFREY L.L.P.**

# Marc M. Seltzer
## Partner



Los Angeles, California
Phone: 310.789.3102
Fax: 310.789.3006
mseltzer@susmangodfrey.com*

MARC M. SELTZER, born in Los Angeles, California;
admitted to the California bar, 1972.

## EDUCATION

- University of California at Berkeley (B.A., 1969)
- UCLA School of Law (J.D., 1972)

## PUBLICATIONS

- Co-author, California Federal Civil Rules (LexisNexis 2010);
- Co-author, California State Antitrust and Unfair Competition Law (Matthew Bender & Co., 2009), published by the Antitrust and Unfair Competition Law Section, State Bar of California;
- "Choosing Between Class and Derivative Actions," published in Second Annual Institute, Class and Derivative Litigation in the 1990's - The New Frontier (Prentice Hall Law & Bus. 1991); and the same topic for subsequent Annual Institutes;
- "Measures of Damages in Private Actions for Violations of the Federal Securities Laws: The Basic Rules and Selected Problems," published in Securities Litigation 1990 (PLI 1990);
- "Shareholders' Derivative Suits in Contests for Corporate Control," published in Securities Litigation 1986: Prosecution and Defense Strategies (PLI 1986)

## PROFESSIONAL AFFILIATIONS

- Past Vice-Chair of the Executive Committee, Antitrust and Unfair Competition Law Section, State Bar of California
- Past President and current member of the Board of Directors of the Ninth Judicial Circuit Historical Society
- Past President and current member of the Board of Directors of the Legal Aid Foundation of Los Angeles
- Member of the Board of Directors of the National Equal Justice Library, the Board of Directors, American Friends of Hebrew University, Western Region, and the Board of Trustees of the Lawyers Committee for Civil Rights Under Law

1

- Member of the Advisory Board of the American Antitrust Institute
- American Bar Association (and its Business Law, Antitrust Law, Torts and Insurance Law, and Litigation Sections)
- Life Member of the American Law Institute
- American Association for Justice
- Consumer Attorneys of California
- Selden Society

## HONORS & DISTINCTIONS

- Recipient, 2004 American ORT Jurisprudence Award
- Named a "Super Lawyer" by Southern California Law & Politics magazine (2004-2010)
- Named one of Law Dragon's 500 Leading Plaintiff's Lawyers (2007)
- Named one of Law Dragon's 100 Lawyers You Need To Know in Securities Litigation (2008)

Marc Seltzer has practiced law for more than thirty-five years, litigating complex business law cases in state and federal courts throughout the United States. He was a principal in the law firm of Corinblit & Seltzer, a Professional Corporation, before joining Susman Godfrey. Marc Seltzer's relationship with the lawyers of Susman Godfrey began in the late 1970's, when Steve Susman and Marc Seltzer worked together on the *Corrugated Container* antitrust case. In the ensuing years, Mr. Seltzer and the lawyers of Susman Godfrey worked together on a number of other cases. In February 1998, Marc Seltzer became a partner of the firm, and opened the firm's Los Angeles office. Since then, the firm's Los Angeles office has become one of the leading litigation boutiques in California.

Marc Seltzer's involvement in nationally prominent litigation began in the mid-1970's, when he was tapped by Jack Corinblit to work on the massive *Equity Funding* securities litigation. That case consisted of more than 100 consolidated class and private action cases, and was settled in 1976 for over $60 million, then the largest recovery ever achieved in a securities fraud class action. *See In re Equity Funding Corp. of America Securities Litigation*, 438 F. Supp. 1303 (C.D. Cal. 1977). Later, in the 1980's, Mr. Seltzer was appointed by the Los Angeles federal court to serve as sole lead counsel to represent the plaintiff class in the *ZZZZ Best* securities fraud case. The *ZZZZ Best* fraud was described by the United States Attorney for the Central District of California as "the most massive and elaborate securities fraud perpetrated on the West Coast in over a decade," harking back to the *Equity Funding* case. The case was settled for more than $40 million and resulted in several important published decisions sustaining plaintiffs' claims. *See In re ZZZZ Best Securities Litigation*, 864 F. Supp. 960 (C.D. Cal. 1994). Marc Seltzer was, together with Steve Susman, a member of the Susman Godfrey trial team representing approximately 90 financial institutions in a negligent misrepresentation case against one of the "Big Four" accounting firms. That case settled just prior to the commencement of trial.  Marc Seltzer also teamed with Steve Susman in prosecuting the *In re Vitamin Antitrust Litigation*, which was settled pursuant to agreements that made more than $1.05 billion available to the class.

Mr. Seltzer has also been appointed to serve as lead counsel for the plaintiffs in numerous securities, antitrust and other class action cases.  Among those cases is the *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, in which Marc Seltzer was appointed by the Court to serve as one of the co-lead counsel for the economic loss class action plaintiffs.  He has also represented defendants in antitrust, securities and other complex commercial litigation.  Among the cases Mr. Seltzer has litigated are:

*McGuire v. Dendreon Corp.*, consolidated securities fraud class action cases filed in Seattle federal court in which Marc Seltzer was appointed to serve as lead counsel for the class.  The case was settled for $16.5 million in cash.

2

*Clark v. AdvanceMe, Inc.*, a class action brought in Los Angeles federal court challenging financial arrangements with retail merchants under California's laws against usury. Marc Seltzer served as lead counsel for the class. The case was settled for approximately $23.4 million in cash and other economic consideration.

*In re Korean Air Lines Co., Ltd. Antitrust Litigation,* consisting of more than eighty consolidated antitrust class action cases pending in the Los Angeles federal court. Marc Seltzer was appointed by the Court to serve as one of three co-lead counsel for the class. The case was partially settled as to one defendant for $21 million in cash and travel vouchers. The litigation is proceeding against the remaining defendant.

*In Re Universal Service Fund Telephone Billing Practices Litigation*, an antitrust and breach of contract class action involving more than fifty consolidated cases in which Marc Seltzer, together with Barry Barnett and David Orozco, served as co-lead counsel for plaintiffs. The case was settled as to one defendant for benefits to the class totaling $25 million, and tried to a verdict as to the remaining defendants. The jury found in favor of defendants on the antitrust claim and returned a $16 million verdict in favor of plaintiffs on the breach of contract claim which was affirmed by the Tenth Circuit. The trial court issued numerous published decisions in this matter. *See, e.g., In Re Universal Service Fund Telephone Billing Practices Litigation,* 300 F. Supp.2d 1107(D. Kan. 2003).

*Masimo v. Tyco Healthcare L.P.*, an antitrust case in which Marc Seltzer, together with Steve Susman, Vineet Bhatia and Stephen Morrissey, served as co-trial counsel for the plaintiff. The case was tried to a verdict resulting in an award in favor of our client. A new trial was granted as to damages. On retrial, the Court awarded approximately $45 million in damages (after trebling). The Ninth Circuit affirmed the liability verdict and damages award.

*White v. NCAA*, an antitrust class action brought in Los Angeles federal court challenging limitations on financial assistance provided by colleges and universities to student athletes. Marc Seltzer served as co-lead counsel for the plaintiff class. The case was settled for benefits for the class totaling approximately $220 million.

*In re Structured Settlement Litigation*, consolidated class actions brought in the Los Angeles Superior Court in which Marc Seltzer served as one of the lead counsel for the plaintiffs. The plaintiffs were parties to structured settlements who were victimized by the alleged fraudulent conversion of U.S. Treasury bonds backing their settlements. After three years of hotly contested litigation, the case was settled for approximately $135 million.

*Livid Holdings, Ltd. v. Salomon Smith Barney, Inc.*, a securities fraud case brought on behalf of an investor in a start up company. Marc Seltzer was retained to represent the plaintiff on appeal following the dismissal of the action by the trial court, and was successful in overturning the dismissal of the case. *See Livid Holdings Ltd. v. Salomon Smith Barney, Inc.*, 416 F.3d 940 (9th Cir. 2005). The case was subsequently settled.

*In Motorcar Parts & Accessories Securities Litigation*, fourteen consolidated securities fraud class actions in which Marc Seltzer was appointed by the Los Angeles federal court to serve as lead counsel for the class. The case was settled for $7.5 million in cash. *See Z-Seven Fund, Inc. v. Motorcar Parts & Accessories*, 231 F.3d 1215 (9th Cir. 2000).

*In re IDB Communications Group, Inc. Securities Litigation*, in which Marc Seltzer served as one of four co-lead counsel appointed by the Los Angeles federal court to represent the plaintiff class in more than twenty consolidated securities fraud class action cases. The case was settled for $75 million in cash.

*In re Taxable Municipal Bond Securities Litigation*, in which four lawyers, including Marc Seltzer, served on Plaintiffs' Executive Committee, and together with plaintiffs' lead counsel, supervised and managed every aspect of the litigation. This case was a consolidated multi-district

3

proceeding brought on behalf of defrauded purchasers of taxable municipal bonds. The case resulted in numerous reported decisions on important recurring issues arising under the federal securities laws. *See, e.g., In re Taxable Municipal Bond Litigation*, [1993 Transfer Binder] Fed. Sec. L. Rep. (CCH) 97,742 (E.D. La. 1993). After several years of intense litigation, the case was settled for approximately $110 million in cash.

*Cowles v. Gannett Outdoor Co., Inc., of Southern California,* coordinated class actions brought in Los Angeles federal court for an alleged conspiracy to suppress competition for leases for billboards sites in Southern California in violation of § 1 of the Sherman Act. Marc Seltzer served as co-lead counsel for the class. The case was settled for $6.5 million in cash.

*Slaven v. B. P. America, Inc.*, a class action brought in Los Angeles federal court on behalf of fishermen and business owners for economic losses suffered as a result of the spill of more than 200,000 gallons of crude oil from a tanker off the coast of Huntington Beach, California that befouled coastal waters and nearby beaches. The case was brought under the Trans-Alaska Pipeline Authorization Act, admiralty law and the law of California, and resulted in several published decisions in the district court and the Ninth Circuit. *See, e.g., Slaven v. B. P. American,* Inc., 973 F.2d 1468 (9th Cir. 1992). Marc Seltzer served as co-lead counsel for the class. The case was ultimately settled for $4 million in cash, plus court-approved attorneys' fees and costs.

*In re Carnation Company Securities Litigation*, consolidated class actions for violation of the federal securities laws brought in Los Angeles federal court. The plaintiffs alleged that false denials were made relating to the potential takeover of Carnation Company by Nestle, S.A., before the merger of the two firms was announced. Marc Seltzer served as co-lead counsel for the class. The case was settled for $13 million in cash.

*In re International Technology Securities Litigation*, consolidated securities class actions filed in Los Angeles federal court. The plaintiffs alleged that the Company's financial statements were materially misleading for failing to earlier write off or set up appropriate accounting reserves relating to the Company's off-site waste disposal operations. Marc Seltzer served as co-lead counsel for plaintiffs. The case was settled for $12 million in cash and newly-issued securities.

*Guenther v. Cooper Life Sciences, Inc.*, a combined stockholders class and derivative action brought in San Francisco federal court for alleged false and misleading statements regarding the Company's products and prospects. Marc Seltzer served as co-lead counsel for plaintiffs. The case was settled for $9.85 million in cash and non-cash economic benefits valued at $8.3 million.

*Heckmann v. Ahmanson*, consolidated class and derivative actions arising out of the alleged "greenmailing" of the Walt Disney Co. by Saul Steinberg and a group of his companies. Marc Seltzer was one of the lead counsel for the class of investors. The case was settled after three weeks of trial for approximately $60 million. *See Heckmann v. Ahmanson*, [1989 Transfer Binder] Fed. Sec. L. Rep. ¶ 94, 447 (Cal. Sup. Ct. April 12, 1989) (order denying summary judgment).

*Financial Federation, Inc. v. Ashkenazy*, in which Marc Seltzer and his co-trial counsel successfully defended at trial an anti-takeover case brought in Los Angeles federal court under the federal securities laws and the RICO statute by a financial institution against persons who allegedly sought to take control of the institution. *See Financial Federation, Inc. v. Ashkenazy*, [1984 Transfer Binder] Fed. Sec. L. Rep. (CCH) 91,489 (C.D. Cal. 1983).

*Green v. Occidental Petroleum Corp.*, in which Marc Seltzer, together with co-counsel, represented plaintiffs in consolidated securities fraud class action cases that established important precedent in the Ninth Circuit regarding the certification of plaintiff classes and the computation of damages in securities fraud cases. *See Green v. Occidental Petroleum Corp.*, 541 F.2d 1335 (9th Cir. 1976). The case was settled for $12 million in cash.

*Wool v. Tandem Computers, Inc.*, a securities fraud class action in which Marc Seltzer played a leading role. One of the notable achievements in this case was a victory for the plaintiffs in the

4

Ninth Circuit which established important precedent concerning the measure of damages recoverable in federal securities fraud class action cases, the standard for "controlling person" liability under the federal securities laws and the requirements for pleading fraud with the particularity specified under Rule 9(b), Fed.R. Civ. P. *See Wool v. Tandem Computers, Inc.*, 818 F.2d 1433 (9th Cir. 1987). Following the issuance of the Ninth Circuit's opinion, the case was settled for $16.5 million in cash.

*Plaine v. McCabe*, a securities class action, in which Marc Seltzer argued before the Ninth Circuit, obtaining a substantial victory for plaintiffs, establishing significant precedent in the Ninth Circuit regarding the standards for liability for violations of tender offer disclosure rules under the federal securities laws. *See Plaine v. McCabe*, 797 F.2d 713 (9th Cir. 1986).

*Biben v. Card,* consolidated securities fraud class actions where Marc Seltzer served as co-lead counsel for plaintiffs. The plaintiffs achieved substantial pretrial victories, including establishing the validity of their claims under the federal securities laws against the director, accountant and attorney defendants in that case. *See Biben v. Card*, [1984-1985 Transfer Binder] Fed. Sec. L. Rep. (CCH) 92,010 (W.D. Mo. 1985), *on denial of motion for reconsideration,* [1984-1985 Transfer Binder] Fed. Sec. L. Rep. (CCH) 92,083 (W.D. Mo. 1985). The case settled for approximately $12 million in cash.

*Sanwa Bank California v. Facciani*, where Marc Seltzer was co-lead counsel for a plaintiff class in which settlements totaling approximately $26 million in cash were obtained on behalf of defrauded investors who were victimized by an alleged Ponzi scheme.

*In re California Indirect-Purchaser Infant Formula Antitrust Class Action Litigation,* comprised of several consolidated consumer class actions brought for the alleged price-fixing of infant formula products. Marc Seltzer was appointed by the court to serve as one of two co-lead counsel for plaintiffs and the class. The case was settled for approximately $20 million.

*Small v. Sunset Park*, where Marc Seltzer was lead counsel for a class of investors involving an alleged Ponzi scheme in which settlements totaling more than $16.8 million were achieved, including $12 million paid in settlement by a then "Big Five" accounting firm.

*Schneider v. Traweek*, federal and state court securities class actions in which Marc Seltzer was lead counsel for the plaintiffs. Significant victories were obtained on plaintiffs' behalf in defeating motions to dismiss and in obtaining class certification. *See Schneider v. Traweek* [1990 Transfer Binder] Fed. Sec. L. Rep. (CCH) 95,419 and 95,505 (C.D. Cal. 1990). The case was settled for approximately $14 million in cash.

*Johnson v. Boston*, where Marc Seltzer was co-lead counsel for a nationwide class of investors victimized by an alleged Ponzi scheme.  Approximately $20 million in settlements were obtained for the defrauded investors.

*Lilienthal v. Levi Strauss & Co.*, and individual minority shareholder's action for alleged breach of fiduciary duty by the majority owners, which resulted in a judgment after trial for the plaintiff providing for a recovery in excess of $3 million. Marc Seltzer was co-trial counsel with Jack Corinblit.


From 1972 to 1973, Marc Seltzer was a Deputy Attorney General for the State of California. In 1985, Mr. Seltzer was elected to the membership of the American Law Institute.  In 2010, he became a Life Member of the Institute.

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail is privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

647725v1

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

647725v1