E-FILED-04-16-2012

**BOSTWICK & JASSY LLP**
GARY L. BOSTWICK, Cal. Bar No. 79000
  gbostwick@bostwickjassy.com
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@bostwickjassy.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone: 310-979-6059
Facsimile: 310-314-8401

**CENTER FOR CONSTITUTIONAL RIGHTS**
Maria LaHood
  mlahood@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6430
Facsimile: (212) 614-6499

Attorneys for Defendant FEDERATION INTERNATIONAL DES DROITS DE L'HOMME

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORDECHAI Y. ORIAN, et al. | Case No. 11-cv-06904-PSG (FFMx) |
| Plaintiffs, | ~~[PROPOSED]~~ **JUDGMENT** |
| v. | |
| FEDERATION INTERNATIONAL DES DROITS DE L'HOMME, corporate form unknown, EURO-MEDITERRANEAN HUMAN RIGHTS NETWORK, corporate form unknown, SIDIKI KABA, an individual, ABDELAZIZ BENNANI, an individual, and KAV LAOVED, an Israeli Corporation, form unknown, | |
| Defendants. | |

Pursuant to Orders of this Court dated :

December 13, 2011 dismissing Plaintiffs' claims against Federation International des Droits de L'Homme ("FIDH") without prejudice (Dkt No. 31) and deeming Defendants to be the prevailing parties on the anti-SLAPP motions to strike; and

March 22, 2012 awarding Defendant FIDH's motion for attorneys' fees and costs in the amount of $31,758.46 (Dkt No. 40),

**IT IS HEREBY ADJUDGED** that Defendant FIDH shall have judgment against Plaintiffs on all claims, Plaintiffs shall take nothing by their Complaint and FIDH shall recover $31,758.46 for attorneys' fees and costs from Plaintiffs Orian and Global Horizons, who are jointly and severally liable therefor.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: _____April 16_____, 2012    By: _____
                                          Hon. Philip S. Gutierrez

                                          Judge, United States District Court for
                                          the Central District of California

Respectfully submitted,

BOSTWICK & JASSY LLP

By: ___/S/ - Gary L. Bostwick_____
       GARY L. BOSTWICK

Attorneys for Defendant FEDERATION INTERNATIONAL DES DROITS DE L'HOMME