| | |
|---|---|
| MARC M. SELTZER (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100<br>Fax: (310) 789-3150 | E-FILED: 04-16-2012 |

HOWARD I. LANGER
(Admitted *Pro Hac Vice*)
hlanger@langergrogan.com
PETER E. LECKMAN (235721)
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Telephone: (215) 320-5660
Fax: (215) 320-5703

Attorneys for Defendant
Kav LaOved

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MORDECHAI Y. ORIAN, an individual, and GLOBAL HORIZONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDÉRATION INTERNATIONAL DES DROITS DE L'HOMME, corporate form unknown, EURO-MEDITERRANEAN HUMAN RIGHTS NETWORK, corporate form unknown, SIDIKI KABA, an individual, ABDELAZIZ BENNANI, an individual, and KAV LAOVED, an Israeli Corporation, form unknown,<br><br>Defendants. | Case No. CV 11-6904 PSG (FFMx)<br><br>**[PROPOSED] JUDGMENT AS TO DEFENDANT KAV LAOVED** |

2237900v1/012826

Pursuant to Orders of this Court dated:

December 13, 2011, dismissing plaintiffs' claims against defendant Kav LaOved without prejudice (Doc. No. 31) and deeming defendants to be the prevailing parties on the anti-SLAPP motions to strike; and

March 22, 2012, awarding defendant Kav LaOved's motion for attorneys' fees and costs in the amount of $77,913.23 (Doc. No. 40); and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant Kav LaOved shall have judgment against plaintiffs on all claims, plaintiffs shall take nothing by their complaint, and defendant Kav LaOved shall recover $77,913.23 for its attorneys' fees and costs from plaintiffs Mordechai Y. Orian and Global Horizons, Inc., who shall be and are jointly and severally liable to pay said amount.

**IT IS HEREBY FURTHER ORDERED** that, there being no just reason for delay, this judgment shall be entered forthwith, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated: April 16, 2012.

Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE